UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY LYNN TORRES | CIVIL ACTION |
| VERSUS | NO. 17-9678 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (1) |

# ORDER

Plaintiff Jerry Lynn Torres seeks judicial review of the final decision of the Commissioner of the Social Security Administration denying his claim for supplemental security income. Having reviewed the complaint,[1] defendant's answer,[2] the parties' motions for summary judgment,[3] the applicable law, and the Magistrate Judge's Report and Recommendation,[4] the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

New Orleans, Louisiana, this __9th__ day of November, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 1.
[2]   R. Doc. 10.
[3]   R. Doc. 14; R. Doc. 15.
[4]   R. Doc. 16.